IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ABC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25-cv-2431 (LMB/WEF) |
| | ) | |
| THE UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED IN SCHEDULE A, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that this civil action be and is TRANSFERRED to the U.S. District Court for

the District of Oregon.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 9th day of January, 2026.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge